# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**KELVIN J. MACK,**

    **Plaintiff,**

v.                                                              CASE NO.5:13-cv-69-MW/GRJ

**JUDGE MICHAEL C. OVERSTREET,**

    **Defendant.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 4, filed April 5, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's motion for leave to proceed as a pauper, ECF No. 3, is **GRANTED** for the limited purpose of screening his claim. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §1915 (a)." The Clerk shall close the file.

SO ORDERED on April 24, 2013.

                                                          s/Mark E. Walker  
                                                          United States District Judge